IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
Albany Division



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
SEP - 5 2006
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Binghamton

---

UNITED STATES OF AMERICA

v.

ALVARO ADOLFO PEREZ-ARANGO and
FRANCES PEREZ,

      Defendants.

---

ORDER FOR DISMISSAL

No.: 3:93-CR-372 (TJM)

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Glenn T. Suddaby, United States Attorney for the Northern District of New York, Richard S. Hartunian, Assistant United States Attorney, of counsel, hereby dismiss Superseding Indictment (filed 11/12/1993) against defendants ALVARO ADOLFO PEREZ-ARANGO and FRANCES PEREZ, which Indictments charged each as follows:

ALVARO ADOLFO PEREZ-ARANGO

    Count 1 - Narcotics Conspiracy (21 U.S.C. § 846)
    Count 2 - Bribery Conspiracy (18 U.S.C. §§ 371)
    Counts 4 & 5 - Bribery (18 U.S.C. § 201(b)(1)(A))

FRANCES PEREZ

    Count 1 - Narcotics Conspiracy (21 U.S.C. § 846)
    Count 2 - Bribery Conspiracy (18 U.S.C. §§ 371)
    Count 5 - Bribery (18 U.S.C. § 201(b)(1)(A)).

The reason(s) for this dismissal are (check one or more):

| | |
|---|---|
| \_\_\_\_\_ | Case transferred to another District |
| \_\_\_\_\_ | Speedy Trial Act |
| \_\_\_\_\_ | Defendant's cooperation |
| \_\_\_\_\_ | Insufficient evidence at this time |
| __X__ | Other: Interest of Justice |

With respect to this dismissal, defendant (check one):

_____Consents
_____Objects
__X__ Has not been consulted

This dismissal is without prejudice.

                                      Respectfully submitted,

                                      GLENN T. SUDDABY
                                      UNITED STATES ATTORNEY

BY: _(signature)_

                                      RICHARD S. HARTUNIAN
                                      ASSISTANT U.S. ATTORNEY
                                      BAR ROLL #301383

                        \*    \*    \*    \*    \*    \*    \*    \*

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: _Sept. 2_, 2006          _(signature)_
                                      HON. THOMAS J. McAVOY
                                        SENIOR U.S. DISTRICT JUDGE - N.D.N.Y.